Case 1:19-cv-00067-GLS-TWD Document 2 Filed 02/04/19 Page 2 of 2
Case 1:19-cv-00067-GLS-TWD Document 2 Filed 01/18/19 Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Troy
was received by me on *(date)* 1/29/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rachel Carter, who is designated by law to accept service of process on behalf of *(name of organization)* City of Troy on *(date)* 1/31/19 @ 3:05 P.M.; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/1/19

Chris Cozzy
*Server's signature*

ChRiS Cozzy
*Printed name and title*

Albany NY
*Server's address*

Additional information regarding attempted service, etc: