**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MOSES LUGO and CHERYL SEATON,

          Plaintiffs,

   -against-

THE CITY OF TROY, NEW YORK

          Defendant.

CIVIL CASE NO.: 1:19-cv-67-GLS-TWD

**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

_____

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment dated December 15, 2021, Plaintiffs' Statement of Material Facts Pursuant to Local Rules 7.1 and 56.1, dated December 15, 2021, Supporting Attorney Affidavit of Amanda Pearlstein, Supporting Affidavits from Plaintiffs, Christina Asbee, Esq., Megan Drum, Esq., Steven Kirk Mason, A.I.A, and related exhibits, admissions, and documents, and all prior pleadings and proceedings herein, Plaintiffs, MOSES LUGO and CHERYL SEATON, move this Court, before the Honorable Gary L. Sharpe, Senior United States District Judge, at the United States District Court for the Northern District of New York located at 445 Broadway in Albany, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil procedure and Local Rule 56.1 granting summary judgment in Plaintiffs' favor together with such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE**, pursuant to Local Rule 7.1, all responsive papers shall be filed within 21 days of the filing of this Motion, and reply papers are due not more than seven days thereafter.

December 15, 2021

*[signature]*

Attorneys for Plaintiff
DISABILITY RIGHTS NEW YORK
Amanda Pearlstein
Christina Asbee
725 Broadway, Suite 450
Albany, New York 12207
(518) 432-7861