UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MOSES LUGO and CHERYL SEATON,

        Plaintiffs,

   v.

THE CITY OF TROY, NEW YORK,

        Defendant.

**NOTICE OF APPEAL**

Case No. 1:19-cv-67-GLS-TWD

---

    Notice is hereby given that Moses Lugo and Cheryl Seaton, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from Plaintiffs' Summary Judgment and Defendant's Cross-Motion to Dismiss Decision and Order, ECF 84, entered in this action on the 27th day of October, 2022.

Dated: November 25, 2022      By: *Christina Asbee*

                                           Christina Asbee
                                           Disability Rights New York
                                           279 Troy Road, Ste 9
                                           PMB 236
                                           Rensselaer, New York 12144
                                           P: (929) 545-0387
                                           *Attorney for Plaintiffs*